# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JASON OMAR GONZALEZ et al., <br><br> Defendants. | No. 18-CV-2025-LRR <br><br> **ORDER** |

_____

The matter before the court is the United States of America's ("the government") "Notice of Defendant[s'] Bankruptcy" ("Notice") (docket no. 9), which it filed on May 10, 2018. According to the Notice, Defendants Jason Omar Gonzalez and Jennifer Marie Sandhagen "have filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Northern District of Iowa, case number 18-00547." Notice at 1. When a debtor files a petition for bankruptcy, an automatic stay bars the "continuation . . . of a judicial . . . action or proceeding against the debtor that was . . . commenced before the commencement of the [bankruptcy case.]" 11 U.S.C. § 362(a)(1). The automatic stay remains in place until the bankruptcy case is closed or dismissed, or until the bankruptcy court grants or denies a discharge. *See id*. § 362(c)(2). The Clerk of Court is **DIRECTED** to close this case administratively, subject to being reopened upon the conclusion of the bankruptcy proceedings. The parties are **DIRECTED** to notify the court if, and when, the case needs to be reopened.

**IT IS SO ORDERED**.

**DATED** this 11th day of May, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA